(67 Hun, 651.)

## DOUGLAS, Respondent, v. CALLAHAN, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by George Douglas against Michael H. Callahan.
No opinion. Order affirmed, with $10 costs and disbursements.

---

(67 Hun, 651.)

## ALDEN, Appellant, v. CLARK, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by George Alden, receiver, against Edward K. Clark, impleaded, etc.
No opinion. Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal to the appellant, and demurrer to the first and second alleged defenses sustained.

---

(67 Hun, 651.)

## ALDEN, Appellant, v. LA GRANGE, Respondent.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by George Alden, receiver, against John La Grange, impleaded, etc.
No opinion. Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal to the appellant, and demurrer to the first and second defenses sustained.

---

(67 Hun, 651.)

## BALDWIN, Appellant, v. WALKER et al., Respondents.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Jennie L. Baldwin against Silas H. Walker and others.
No opinion. Judgment reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that evidence of Olive D. Walker was improperly received. See Steele v. Ward, 30 Hun, 555; In re Hewitt, 21 Wkly. Dig. 296; Erwin v. Erwin, 54 Hun, 166, 7 N. Y. Supp. 365.

---

(67 Hun, 651.)

## BARDEEN, Respondent, v. CHAPIN, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Charles W. Bardeen against Alvin P. Chapin.
No opinion. Order affirmed, with $10 costs and disbursements.

---

(67 Hun, 651.)

## BASSETT, Appellant, v. RESSEGUIE et al., Respondents.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Arlington D. Bassett against Ralph Resseguie and Percy Davis.
No opinion. Judgment of the justice's court and county court, as to Resseguie, affirmed, with costs, and, as to Davis, reversed, without costs of appeal in the county court or this court.